# United States District Court
## Southern District of Georgia

DAVID JONES,

Plaintiff,

v.

JOHN T. WILCHER;

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-241

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated January 6, 2020, adopting the U.S. Magistrate Judge's Report and Recommendation, the 28 U.S.C. § 2254 Petition is dismissed without prejudice. Petitioner is not entitled to a Certificate of Appealability, and this case is closed.

Approved by: _____

JANUARY 31, 2020
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*